**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Sallie Kim<br>U.S. Magistrate Judge | RE: | DUNN, JOEL LAMONT |
| FROM: | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 3:23-mj-70840-MAG |
| Date: | 7/17/24 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Vanessa Vargas                                                                 (415) 961-1493

U.S. Pretrial Services Officer                                              **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. C, 15th Floor on 7/22/2024 at 11:30 am.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

/s/ Sallie Kim                                                                          7/17/2024

**JUDICIAL OFFICER**                                                          **DATE**