**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Sallie Kim<br>U.S. Magistrate Judge | RE: | DUNN, JOEL LAMONT |
| FROM: | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 3:23-mj-70840-MAG |
| Date: | 7/22/24 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Vanessa Vargas                                      (415) 961-1493

U.S. Pretrial Services Officer                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s) to Add:

A. Defendant must leave any non-lethal weapon at his place of employment, and must use/carry non-lethal weapons for work purposes only

B. Defendant must provide proof to Pretrial Services that the firearm found by the Sonoma County Sheriff's Department is in the custody of the Sonoma County Sheriff's Department by July 31, 2024

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_/s/ Sallie Kim_____          _July 22, 2024_____
**JUDICIAL OFFICER**                                **DATE**